**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RIVERBED TECHNOLOGY, INC.,

    Plaintiff,

v.

SILVER PEAK SYSTEMS, INC.,

    Defendant.

No. C 13-02980 JSW

**ORDER PARTIALLY LIFTING STAY**

The Court stayed this action pending the United States Patent & Trademark Office Patent Trial and Appeal Board's ("PTAB") decision on whether to grant or deny the petitions for *inter partes* review ("IPR") challenging the validity of Plaintiff Riverbed Technology, Inc.'s ("Riverbed") patents, U.S. Patent Nos. 8,217,688 (the "'688 Patent") and 8,321,580 (the "'580 Patent"), as well as Silver Peak Systems, Inc.'s ("Silver Peak") patent, U.S. Patent No. 8,392,684 (the "'684 Patent"). The parties have informed the Court that the IPR of Riverbed's patents is now complete and, thus, request that the Court lift the stay as to the claims regarding Riverbed's patents, the '688 Patent and the '580 Patent. The Court HEREBY PARTIALLY LIFTS the stay in the above captioned matter. The Court SETS a further case management

///
///
///
///
///

conference in this for August 15, 2014 at 11:00 a.m. The parties shall file a joint further case management statement by no later than August 8, 2014.

**IT IS SO ORDERED.**

Dated: July 29, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE