1  Michael J. Sacksteder (CSB No. 191605)
2  Bryan A. Kohm (CSB No. 233276)
   Lauren E. Whittemore (CSB No. 255432)
   William A. Moseley (CSB No. 278740)
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA  94104
   Telephone:   415.875.2300
5  Facsimile:    415.281.1350
   msacksteder@fenwick.com
6  bkohm@fenwick.com
   lwhittemore@fenwick.com
7  wmoseley@fenwick.com

8  Attorneys for Defendant
   SILVER PEAK SYSTEMS, INC.
9

10                UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                    OAKLAND DIVISION

13

14  RIVERBED TECHNOLOGY, INC.,              Case No.: 13-CV-2980-JSW

15                 Plaintiff,               **STIPULATION TO CHANGE THE
                                            CASE MANAGEMENT CONFERENCE
16       v.                                 DATE**

17  SILVER PEAK SYSTEMS, INC.,

18                 Defendant.

19

20       WHEREAS on July 29, 2014, the Court issued an Order setting a Case Management

    Conference for August 15, 2014.
21
         WHEREAS lead counsel for Defendant Silver Peak Systems, Inc., Michael J. Sacksteder,
22
    will be travelling on August 15, 2014 and is unavailable for the Conference.
23
         WHEREAS the parties have conferred and have stipulated, subject to the Court's
24
    availability and approval, to move the date for the Case Management Conference to August 29,
25
    2014, and to move the date for the Case Management Statement to August 22, 2014.
26
         Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Riverbed
27
    Technology, Inc. and Defendant Silver Peak Systems, Inc., stipulate that, subject to the Court's
28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

availability and approval

1.    The Case Management Statement will be due August 22, 2014.

2.    The Case management Conference will be held on August 29, 2014.

IT IS SO STIPULATED.

Dated: July 31, 2014                          Respectfully submitted,

                                              DAVID POLK & WARDWELL LLP

                                              By: /s/ Matthew B. Lehr
                                                  Matthew B. Lehr (SBN 213139)
                                                  Anthony I. Fenwick (SBN 158667)
                                                  Gareth E. DeWalt (SBN 261479)
                                                  Shiwoong Kim (SBN 275344)
                                                  Igor Piryazev (SBN 253149)
                                                  1600 El Camino Real
                                                  Menlo Park, California 94025
                                                  Telephone: (650) 752-2000
                                                  Facsimile:  (650) 752-2111
                                                  matthew.lehr@davispolk.com
                                                  anthony.fenwick@davispolk.com
                                                  gareth.dewalt@davispolk.com
                                                  shiwoong.kim@davispolk.com
                                                  igor.piryazev@davispolk.com

                                                  *Counsel for Plaintiff*
                                                  *Riverbed Technology, Inc.*

Dated: July 31, 2014                          FENWICK & WEST LLP

                                              By: /s/ Michael J. Sacksteder
                                                  Michael J. Sacksteder (SBN 191605)
                                                  Bryan A. Kohm (SBN 233276)
                                                  Lauren E. Whittemore (SBN 255432)
                                                  William A. Moseley, Jr. (SBN 278740)
                                                  555 California Street, 12th Floor
                                                  San Francisco, California 94104
                                                  Telephone: (415) 875-2300
                                                  Facsimile:  (415) 271-1350
                                                  msacksteder@fenwick.com
                                                  bkohm@fenwick.com
                                                  lwhittemore@fenwick.com
                                                  wmoseley@fenwick.com

                                                  *Counsel for Defendant*
                                                  *Silver Peak Systems, Inc.*

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

2

**ATTORNEY ATTESTATION**

Pursuant to General Order 45, Part X-B and Civil Local Rule 5-1(i)(3), the filer attests that

concurrence in the filing of this document has been obtained from each of the above signatories.

5

6

*/s/ Michael J. Sacksteder*

Michael J. Sacksteder

7

8

9       The Court having considered the stipulation of the parties, and good cause appearing

10     therefor, orders as follows:

11             1.   The Case Management Statement will be due August 22, 2014.

12             2.   The Case management Conference will be held on August 29, 2014.

13

14     IT IS SO ORDERED.

15

16     Dated: _____   August 1, 2014

17     Honorable Jeffrey S. White
       United States District Judge
18     Northern District of California

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO