Matthew B. Lehr (Bar No. 213139)
matthew.lehr@davispolk.com
Anthony I. Fenwick (Bar No. 158667)
anthony.fenwick@davispolk.com
Gareth DeWalt (Bar No. 261479)
gareth.dewalt@davispolk.com
Igor Piryazev (Bar No. 253149)
igor.piryazev@davispolk.com
Shiwoong Kim (Bar No. 275344)
shiwoong.kim@davispolk.com
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

Thomas C. Grimm (*pro hac vice*)
tgrimm@mnat.com
MORRIS NICHOLS ARSHT & TUNNELL
1201 N. Market Street
Wilmington, Delaware 19899
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

Attorneys for Plaintiff
*Riverbed Technology, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., <br><br> Plaintiff/ <br> Counterclaim-defendant, <br><br> v. <br><br> SILVER PEAK SYSTEMS, INC., <br><br> Defendant/ <br> Counterclaim-plaintiff. | CASE NO.: 13-cv-2980-JSW <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE OF SERVICE OF RULE 3-1 DISCLOSURES AND EXCHANGE OF PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE PURSUANT TO PATENT LOCAL RULE 4-2** |

WHEREAS on October 28, 2014, the Parties jointly agreed to exchange preliminary claim constructions and extrinsic evidence pursuant to Patent Local Rule 4-2 on November 19, 2014 (Dkt. No. 58);

WHEREAS on October 28, 2014, the Court adopted the Parties' proposed deadline of November 19, 2014 (Dkt. No. 59);

WHEREAS the Parties have agreed that Plaintiff Riverbed Technology, Inc. shall serve its updated disclosures pursuant to Patent Local Rule 3-1 on November 24, 2014 after reviewing Defendant Silver Peak Systems, Inc.'s source code;

WHEREAS Plaintiff Riverbed Technology, Inc.'s forthcoming amended infringement contentions may affect the number of proposed terms for construction and the proposed constructions for those terms;

WHEREAS the Parties have conferred and have stipulated, subject to the Court's approval, to move the date for the Exchange of Preliminary Claim Constructions and Extrinsic Evidence pursuant to Patent Local Rule 4-2 to December 5, 2014;

WHEREAS the Parties do not anticipate that granting this stipulation will have any effect ton any other deadline in this case;

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Riverbed Technology, Inc. and Defendant Silver Peak Systems, Inc., stipulate that, subject to the Court's approval, Riverbed's updated disclosures pursuant to Patent Local Rule 3-1 will be due on November 24, 2014, and the Exchange of Preliminary Claim Constructions and Extrinsic Evidence will be due December 5, 2014.

IT IS SO STIPULATED.

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE OF EXCHANGE OF RULE 3-1 DISCLOSURES PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE PURSUANT TO PATENT LOCAL RULE 4-2 – CASE NO. 13-CV-2980 JSW

Dated: November 10, 2014

Respectfully submitted,

DAVIS POLK & WARDWELL LLP

/s/ Gareth E. DeWalt

Matthew B. Lehr (SBN 213139)
Anthony I. Fenwick (SBN 158667)
Gareth E. DeWalt (SBN 261479)
Igor Piryazev (SBN 253149)
Shiwoong Kim (SBN 275344)
1600 El Camino Real
Menlo Park, California 94025
Telephone:     (650) 752-2000
Facsimile:     (650) 752-2111
matthew.lehr@davispolk.com
anthony.fenwick@davispolk.com
gareth.dewalt@davispolk.com
igor.piryazev@davispolk.com
shiwoong.kim@davispolk.com

*Counsel for Plaintiff Riverbed Technology, Inc.*

FENWICK & WEST LLP

/s/ Lauren E. Whittemore

Michael J. Sacksteder (SBN 191605)
Bryan A. Kohm (SBN 233276)
Lauren E. Whittemore (SBN 255432)
William A. Mosely (SBN 278740)
555 California Street, 12th Floor
San Francisco, California 94104
Telephone:     (415) 875-2300
Facsimile:     (415) 271-1350
msacksteder@fenwick.com
bkohm@fenwick.com
lwhittemore@fenwick.com
wmoseley@fenwick.com

*Counsel for Defendant Silver Peak Systems, Inc.*

## **ATTORNEY ATTESTATION**

Pursuant to General Order 45, Part X-B and Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

/s/ Gareth E. DeWalt<br>
Gareth E. DeWalt (SBN 261479)

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

Riverbed will serve updated disclosures pursuant to Patent Local Rule 3-1 no later than November 24, 2014, and the Parties shall exchange their preliminary claim constructions and extrinsic evidence pursuant to Patent Local Rule 4-2 no later than December 5, 2014.

**IT IS SO ORDERED.**

November 10, 2014

*[signature]*
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT