Matthew B. Lehr (Bar No. 213139)
matthew.lehr@davispolk.com
Anthony I. Fenwick (Bar No. 158667)
anthony.fenwick@davispolk.com
Gareth DeWalt (Bar No. 261479)
gareth.dewalt@davispolk.com
Igor Piryazev (Bar No. 253149)
igor.piryazev@davispolk.com
Shiwoong Kim (Bar No. 275344)
shiwoong.kim@davispolk.com
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, California  94025
Telephone:    (650) 752-2000
Facsimile:    (650) 752-2111

Thomas C. Grimm (*pro hac vice*)
tgrimm@mnat.com
MORRIS NICHOLS ARSHT & TUNNELL
1201 N. Market St.
Wilmington, Delaware 19899
Telephone:    (302) 658-9200
Facsimile:    (302) 658-3989

*Attorneys for Plaintiff
Riverbed Technology, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SILVER PEAK SYSTEMS, INC., ) <br> ) <br> Defendant. ) <br> ) | Case No. 13-cv-2980-JSW <br><br> **FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT** <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiff Riverbed Technology, Inc. ("Riverbed") alleges for its First Amended Complaint against Defendant Silver Peak Systems, Inc. ("Silver Peak") as follows:

## NATURE OF THE ACTION

1. This is an action for patent infringement.

## PARTIES

2. Riverbed is a Delaware corporation, having its principal place of business at 199 Fremont Street, San Francisco, CA 94105.

3. Silver Peak is a Delaware corporation, having its principal place of business at 4500 Great America Parkway, Suite 100, Santa Clara, CA 95054.

## JURISDICTION AND VENUE

4. This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq*.

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6. This Court has specific and general personal jurisdiction because, on information and belief, Silver Peak's principal place of business is located in this district; has transacted business in this judicial district; has derived substantial revenue from goods and services provided to individuals in this judicial district; and has committed, contributed to and/or induced acts of patent infringement in this judicial district.

## VENUE AND INTRADISTRICT ASSIGNMENT

7. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b), 1391(c) and 1400(b).

8. Pursuant to Local Rule 3-2(c), intellectual property actions are assigned on a district-wide basis.

## THE PATENTS

9. Riverbed owns all right, title and interest in U.S. Patent Nos. 8,271,688 entitled "TRANSACTION ACCELERATOR FOR CLIENT-SERVER COMMUNICATION SYSTEMS" ("the '688 patent") and 8,321,580 entitled "TRANSACTION ACCELERATOR

1  FOR CLIENT-SERVER COMMUNICATIONS SYSTEMS" ("the '580 patent").  True and
2  complete copies of these patents are attached hereto as Exhibits 1-2.
3      10.    Riverbed owns all right, title and interest in U.S. Patent No. 7,336,682 entitled
4  "NETWORK ARCHITECTURE AND METHODS FOR TRANSPARENT ON-LINE CROSS-
5  SESSIONAL ENCODING AND TRANSPORT OF NETWORK COMMUNICATIONS
6  DATA" ("the '682 patent").  A true and complete copy of this patent is attached hereto as
7  Exhibit 3.

## COUNT I

### INFRINGEMENT OF THE '688 PATENT

10     11.    Paragraphs 1-10 are incorporated herein by reference.
11     12.    Silver Peak has been and is now directly and/or indirectly infringing, by way of
12  inducing the infringement of and/or contributing to the infringement of, the '688 patent in this
13  judicial district and elsewhere within the United States by, among other things, making, using,
14  licensing, selling, offering for sale, importing, and/or inducing its customers to use products,
15  including Silver Peak's NX, VX and VRX appliances, and related services covered by the '688
16  patent, all to the injury of Riverbed.
17     13.    Silver Peak has actual or constructive knowledge of the '688 patent and of its
18  infringement and is willfully infringing the '688 patent.
19     14.    Riverbed has been damaged by Silver Peak's infringement of the '688 patent, has
20  been irreparably harmed by that infringement, and will suffer additional damages and irreparable
21  harm unless this Court enjoins Silver Peak from further infringement.

## COUNT II

### INFRINGEMENT OF THE '580 PATENT

24     15.    Paragraphs 1-14 are incorporated herein by reference.
25     16.    Silver Peak has been and is now directly and/or indirectly infringing, by way of
26  inducing the infringement of and/or contributing to the infringement of, the '580 patent in this
27  judicial district and elsewhere within the United States by, among other things, making, using,
28  licensing, selling, offering for sale, importing, and/or inducing its customers to use products,

1 including Silver Peak's NX, VX and VRX appliances, and related services covered by the '580
2 patent, all to the injury of Riverbed.

3     17.    Silver Peak has actual or constructive knowledge of the '580 patent and of its
4 infringement and is willfully infringing the '580 patent.

5     18.    Riverbed has been damaged by Silver Peak's infringement of the '580 patent, has
6 been irreparably harmed by that infringement, and will suffer additional damages and irreparable
7 harm unless this Court enjoins Silver Peak from further infringement.

## COUNT III

## INFRINGEMENT OF THE '682 PATENT

10     19.    Paragraphs 1-18 are incorporated herein by reference.

11     20.    Silver Peak has been and is now directly and/or indirectly infringing, by way of
12 inducing the infringement of and/or contributing to the infringement of, the '682 patent in this
13 judicial district and elsewhere within the United States by, among other things, making, using,
14 licensing, selling, offering for sale, importing, and/or inducing its customers to use products,
15 including Silver Peak's NX, VX and VRX appliances, and related services covered by the '682
16 patent, all to the injury of Riverbed.

17     21.    Silver Peak has actual or constructive knowledge of the '682 patent and of its
18 infringement and is willfully infringing the '682 patent.

19     22.    Riverbed has been damaged by Silver Peak's infringement of the '682 patent, has
20 been irreparably harmed by that infringement, and will suffer additional damages and irreparable
21 harm unless this Court enjoins Silver Peak from further infringement.

## PRAYER FOR RELIEF

23 WHEREFORE, Riverbed prays that judgment be entered in its favor, that:

24     (a)    Silver Peak has infringed and is infringing the '688, '580, and '682
25 patents;

26     (b)    Silver Peak's infringement of the '688, '580, and '682 patents has been
27 and is willful;

28

1           (c)     Silver Peak be preliminarily and permanently enjoined, along with its
2 officers, directors, agents, employees, attorneys, parents, subsidiaries, and all others acting by or
3 through Silver Peak, controlled by Silver Peak, or acting in concert or participating with Silver
4 Peak, from further infringing the '688, '580, '682 patents;
5           (d)     Silver Peak account to Riverbed for damages adequate to compensate for
6 Silver Peak's infringement of the '688, '580, and '682 patents and that such damages be awarded
7 to Riverbed, including prejudgment and postjudgment interest;
8           (e)     Riverbed's damages be trebled as a result of Silver Peak's willful
9 infringement of the '688, '580, and '682 patents;
10           (f)     This case be adjudged an exceptional case under 35 U.S.C. § 285 and that
11 the Court award Riverbed its costs, expenses and attorneys' fees incurred in bringing and
12 prosecuting this action; and
13           (g)     Riverbed be awarded such further and additional relief as the Court deems
14 just and proper.

## **JURY DEMAND**

Riverbed hereby demands a trial by jury on all issues so triable.

Dated:  December 16, 2014

Respectfully submitted,

DAVIS POLK & WARDWELL LLP

By: /s/ Gareth DeWalt
Matthew B. Lehr (Bar No. 213139)
Anthony I. Fenwick (Bar No. 158667)
Gareth DeWalt (Bar No. 261479)
Igor Piryazev (Bar No. 253149)
Shiwoong Kim (Bar No. 275344)
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, California 94025
(650) 752-2000 / (650) 752-2111 (fax)
matthew.lehr@davispolk.com
anthony.fenwick@davispolk.com
gareth.dewalt@davispolk.com
igor.piryazev@davispolk.com
shiwoong.kim@davispolk.com

Thomas C. Grimm (*pro hac vice*)
MORRIS NICHOLS ARSHT & TUNNELL
1201 N. Market St.
Wilmington, Delaware 19899
(302) 658-9200 / (302) 658-3989 (fax)
tgrimm@mnat.com