1  MICHAEL J. SACKSTEDER (CSB No. 191605)
   BRYAN A. KOHM (CSB No. 233276)
2  LAUREN E. WHITTEMORE (CSB No. 255432)
   WILLIAM A. MOSELEY (CSB No. 278740)
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA 94104
   Telephone: 415.875.2300
5  Facsimile: 415.281.1350
   msacksteder@fenwick.com
6  bkohm@fenwick.com
   lwhittemore@fenwick.com
7  wmoseley@fenwick.com

8  Attorneys for Defendant
   SILVER PEAK SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SILVER PEAK SYSTEMS, INC., <br><br> Defendant. | Case No. 13-CV-2980-JSW <br><br> **STIPULATION REGARDING CLAIM CONSTRUCTION DEADLINES AND MOTION TO CONSTRUE MORE THAN TEN TERMS; REQUEST FOR STATUS CONFERENCE** |

WHEREAS on June 28, 2013, Riverbed Technology, Inc. ("Riverbed") filed a complaint asserting infringement of U.S. Patent Nos. 8,271,688 and 8,321,580 against Silver Peak Systems, Inc. ("Silver Peak");

WHEREAS, on August 12, 2013, Silver Peak counterclaimed asserting infringement of U.S. Patent No. 8,392,684 against Riverbed;

WHEREAS, on March 14, 2014, the Court stayed the present action pending the resolution of petitions for *inter partes* review filed with the Patent and Trademark Appeal Board by both parties;

WHEREAS, on July 29, 2014, because the *inter partes* review as to Riverbed's patents had concluded, the Court lifted the stay as Riverbed's asserted patents;

WHEREAS, on August 29, 2014, the Court held a case management conference and set a schedule for patent disclosures and claim construction proceedings for the Riverbed asserted patents;

WHEREAS, on December 4, 2014, Silver Peak filed an administrative motion to construe more than ten terms;

WHEREAS, on December 16, 2014, Riverbed filed an amended complaint, adding a claim for infringement of U.S. Patent No. 7,336,682;

WHEREAS, the parties were scheduled to submit a joint claim construction chart for the two previously-asserted Riverbed patents on December 18, 2014;

WHEREAS, in light of Riverbed's amended complaint, which asserts a claim for infringement of a previously-unasserted patent, the Parties agree that moving forward with the current claim construction deadlines would result in needless duplication of efforts on the part of the Parties and the Court, including multiple *Markman* hearings;

WHEREAS, the Parties agree that the most efficient manner to proceed would be to vacate the Joint Case Management Statement and all dates therein and enter a new schedule, to allow the Parties to conduct the necessary investigation and disclosures relating to the newly-asserted '682 patent;

WHEREAS, in light of the newly-asserted patent and the need to propose additional terms for construction, the Parties agree that Silver Peak's motion to construe more than ten terms should be withdrawn, without prejudice to re-file the motion at the appropriate time, if necessary, addressing the proposed terms for construction of all of the patents-in-suit;

WHEREAS, the Parties agree that a status conference should be held to set a case schedule, including without limitation new deadlines for compliance with the Court's Patent Local Rules;

WHEREAS, the Parties agree that Silver Peak shall have until January 30, 2015 to respond to Riverbed's amended complaint;

NOW THEREFORE, the Parties request that the Court:

1. Vacate the Joint Case Management Statement and all dates therein and schedule a status conference for the purpose of setting a case schedule;
2. Terminate without prejudice Silver Peak's administrative motion to construe more than ten claim terms;
3. Extend Silver Peak's time to respond to the amended complaint until January 30, 2015.

**IT IS SO STIPULATED.**

Dated: December 18, 2014

Respectfully submitted,

DAVIS POLK & WARDWELL LLP

By: */s/ Matthew B. Lehr*
Matthew B. Lehr (SBN 213139)
Anthony I. Fenwick (SBN 158667)
Gareth E. DeWalt (SBN 261479)
Shiwoong Kim (SBN 275344)
Igor Piryazev (SBN 253149)
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
matthew.lehr@davispolk.com
anthony.fenwick@davispolk.com
gareth.dewalt@davispolk.com
shiwoong.kim@davispolk.com
igor.piryazev@davispolk.com

*Counsel for Plaintiff*
*Riverbed Technology, Inc.*

Dated: December 18 2014          FENWICK & WEST LLP

By: */s/ Michael J. Sacksteder*
Michael J. Sacksteder (SBN 191605)
Bryan A. Kohm (SBN 233276)
Lauren E. Whittemore (SBN 255432)
William A. Moseley, Jr. (SBN 278740)
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile: (415) 271-1350
msacksteder@fenwick.com
bkohm@fenwick.com
lwhittemore@fenwick.com
wmoseley@fenwick.com

*Counsel for Defendant*
*Silver Peak Systems, Inc.*

## ATTORNEY ATTESTATION

Pursuant to General Order 45, Part X-B and Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: December 18 2014          */s/ Michael J. Sacksteder*
Michael J. Sacksteder

## [~~PROPOSED~~ ORDER

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. The Joint Case Management Statement and all dates therein are vacated;
2. A status conference is set for February 6, 2015;
3. The Parties shall submit a proposed case schedule seven days prior to the status conference;
4. Silver Peak's administrative motion to construe more than ten claim terms is terminated without prejudice;

/ / /

/ / /

STIPULATION TO CHANGE THE CASE MANAGEMENT CONFERENCE DATE     4     Case No. CV-13-2980-JSW

5. Silver Peak's deadline to respond to the amended complaint shall be January 30, 2015.

**IT IS SO ORDERED.**

Dated: December 30, 2014

_____
The Honorable Jeffrey S. White
United States District Court Judge
Northern District of California

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO CHANGE THE CASE
MANAGEMENT CONFERENCE DATE

5

Case No. CV-13-2980-JSW