Matthew B. Lehr (Bar No. 213139)
matthew.lehr@davispolk.com
Anthony I. Fenwick (Bar No. 158667)
anthony.fenwick@davispolk.com
Gareth DeWalt (Bar No. 261479)
gareth.dewalt@davispolk.com
Igor Piryazev (Bar No. 253149)
igor.piryazev@davispolk.com
Shiwoong Kim (Bar No. 275344)
shiwoong.kim@davispolk.com
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

Thomas C. Grimm (*pro hac vice*)
tgrimm@mnat.com
MORRIS NICHOLS ARSHT & TUNNELL
1201 N. Market St.
Wilmington, Delaware 19899
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Attorneys for Plaintiff*
*Riverbed Technology, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SILVER PEAK SYSTEMS, INC., <br><br> Defendant. | CASE NO. CV-13-2980-JSW <br><br> **STIPULATED REQUEST PURSUANT TO CIVIL L.R. 6-2 TO CHANGE DATE OF STATUS CONFERENCE** |

| | |
|---|---|
| 1 | This Stipulation is entered into by and among plaintiff Riverbed Technology, Inc. ("Plaintiff") and defendant Silver Peak Systems, Inc. ("Defendant"). |
| 2 | |

WHEREAS on December 18, 2014, the parties stipulated to vacate the schedule set forth in the Joint Case Management Statement and requested a status conference to enter a new schedule (D.I. 69);

WHEREAS on December 30, 2014, the Court issued an order granting the parties' stipulation and scheduled a status conference for February 6, 2015 (D.I. 70);

WHEREAS the accompanying declaration of Matthew B. Lehr, lead counsel for Plaintiff, explains that Mr. Lehr will be lead counsel at a trial in Delaware starting February 2nd, 2015 and which is expected to last one to two weeks, and is thus not available to attend the status conference as currently scheduled;

WHEREAS the parties have conferred and Silver Peak does not object to rescheduling the status conference for February 20, 2015, subject to the Court's availability;

IT IS HEREBY STIPULATED AND AGREED, pursuant to Civil L.R. 6-2, by and between the undersigned counsel for the parties that the status conference is requested to be rescheduled from February 6, 2015 to February 20, 2015, subject to the Court's availability.

Dated: January 5, 2015

Respectfully submitted,

ATTORNEYS FOR PLAINTIFF
RIVERBED TECHNOLOGY, INC.

By: */s/ Gareth E. DeWalt*
    Matthew B. Lehr (SBN 213139)
    Anthony I. Fenwick (SBN 158667)
    Gareth E. DeWalt (SBN 261479)
    Shiwoong Kim (SBN 275344)
    Igor Piryazev (SBN 253149)
    DAVIS POLK & WARDWELL LLP
    1600 El Camino Real
    Menlo Park, California 94025
    Telephone: (650) 752-2000
    Facsimile:  (650) 752-2111
    matthew.lehr@davispolk.com
    anthony.fenwick@davispolk.com
    gareth.dewalt@davispolk.com
    shiwoong.kim@davispolk.com
    igor.piryazev@davispolk.com

ATTORNEYS FOR DEFENDANT
SILVER PEAK SYSTEMS, INC.

By:   */s/ Lauren E. Whittemore*
      Michael J. Sacksteder (SBN 191605)
      Bryan A. Kohm (SBN 233276)
      Lauren E. Whittemore (SBN 255432)
      William A. Moseley, Jr. (SBN 278240)
      FENWICK & WEST LLP
      555 California Street, 12th Floor
      San Francisco, California 94104
      Telephone: (415) 875-2300
      Facsmile:   (415) 281-1350
      msacksteder@fenwick.com
      bkohm@fenwick.com
      lwhittemore@fenwick.com
      wmoseley@fenwick.com

Pursuant to General Order 45, Part X-B and Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

*/s/ Gareth E. DeWalt*
Gareth E. DeWalt (SBN 261479)

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: January 6, 2015

THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

---

2
STIPULATED REQUEST PURSUANT TO CIVIL L.R. 6-2 TO CHANGE DATE OF STATUS CONFERENCE
CASE NO. CV-13-2980 JSW

| | |
|---|---|
| 1 | Matthew B. Lehr (Bar No. 213139) |
| 2 | matthew.lehr@davispolk.com |
|   | Anthony I. Fenwick (Bar No. 158667) |
| 3 | anthony.fenwick@davispolk.com |
|   | Gareth DeWalt (Bar No. 261479) |
| 4 | gareth.dewalt@davispolk.com |
|   | Igor Piryazev (Bar No. 253149) |
| 5 | igor.piryazev@davispolk.com |
|   | Shiwoong Kim (Bar No. 275344) |
| 6 | shiwoong.kim@davispolk.com |
| 7 | DAVIS POLK & WARDWELL |
|   | 1600 El Camino Real |
| 8 | Menlo Park, California 94025 |
|   | Telephone:    (650) 752-2000 |
| 9 | Facsimile:    (650) 752-2111 |
| 10 | |
|   | Thomas C. Grimm (*pro hac vice*) |
| 11 | tgrimm@mnat.com |
|   | MORRIS NICHOLS ARSHT & TUNNELL |
| 12 | 1201 N. Market St. |
|   | Wilmington, Delaware 19899 |
| 13 | Telephone:    (302) 658-9200 |
|   | Facsimile:    (302) 658-3989 |
| 14 | |
| 15 | *Attorneys for Plaintiff* |
|   | *Riverbed Technology, Inc.* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| RIVERBED TECHNOLOGY, INC., | ) | CASE NO. CV-13-2980-JSW |
| Plaintiff, | ) | |
|   | ) | **DECLARATION OF MATTHEW B.** |
| v. | ) | **LEHR IN SUPPORT OF** |
|   | ) | **STIPULATED REQUEST** |
| SILVER PEAK SYSTEMS, INC., | ) | **PURSUANT TO CIVIL L.R. 6-2 TO** |
|   | ) | **CHANGE DATE OF STATUS** |
| Defendant. | ) | **CONFERENCE** |
|   | ) | |
|   | ) | |

I, Matthew B. Lehr, declare as follows:

1. I am a member in good standing of the bar of California and I am a member of Davis Polk & Wardwell LLP, which represents plaintiff Riverbed Technology, Inc. ("Riverbed"), in the above-entitled action. I make this declaration pursuant to Civil Local Rule 6-2 in support of the accompanying stipulated request to change the date of the status conference, currently scheduled for Feburary 6, 2015. Unless otherwise noted, the statements made herein are of my own first-hand knowledge, and if called upon to testify, I could and would do so competently.

2. The Court has granted the parties' stipulation to vacate the schedule set forth in the Joint Case Management Statement and request for a status conference to enter a new schedule (D.I. 70).

3. The Court has scheduled the status conference for February 6, 2015 (D.I. 70).

4. I am lead trial counsel for Riverbed in this action, and have have authorization with respect to the matters under consideration at the status conference.

5. I will be lead counsel at a trial in Delaware which will start on February 2nd and which is scheduled to span one to two weeks. Thus I will not be available to attend the status conference.

6. Through its counsel Lauren Whittemore, defendant Silver Peak Systems, Inc. has kindly stipulated to the rescheduling request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of January, 2015 at Menlo Park, California.

Matthew B. Lehr

1

DECLARATION OF M. LEHR IN SUPPORT OF STIPULATED REQUEST PURSUANT TO CIVIL L.R. 6-2 TO CHANGE DATE OF STATUS CONFERENCE – CASE NO. CV-13-2980 JSW