IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC.,<br><br>    Plaintiff<br>    Counterclaim Defendant,<br><br>v.<br><br>SILVER PEAK SYSTEMS, INC.,<br><br>    Defendant<br>    Counterclaim Plaintiff.<br>_____/ | No. C 13-02980 JSW<br><br>**ORDER VACATING HEARING** |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion for leave to amend the counterclaims which has been noticed for hearing on Friday, April 3, 2015 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: April 1, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE