| | |
|---|---|
| MICHAEL J. SACKSTEDER (CSB No. 191605)<br>msacksteder@fenwick.com<br>BRYAN A. KOHM (CSB No. 233276)<br>bkohm@fenwick.com<br>LAUREN E. WHITTEMORE (CSB No. 255432)<br>lwhittemore@fenwick.com<br>WILLIAM A. MOSELEY (CSB No. 278740)<br>wmoseley@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone:   415.875.2300<br>Facsimile:    415.281.1350<br><br>Attorneys for Defendant<br>SILVER PEAK SYSTEMS, INC. | Matthew B. Lehr (SBN 213139)<br>Anthony I. Fenwick (SBN 158667)<br>Gareth E. DeWalt (SBN 261479)<br>Igor Piryazev (SBN 253149)<br>DAVIS POLK & WARDWELL LLP<br>1600 El Camino Real<br>Menlo Park, California 94025<br>Telephone: (650) 752-2000<br>Facsimile: (650) 752-2111<br>matthew.lehr@davispolk.com<br>anthony.fenwick@davispolk.com<br>gareth.dewalt@davispolk.com<br>igor.piryazev@davispolk.com<br><br>Attorneys for Plaintiff<br>RIVERBED TECHNOLOGY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>SILVER PEAK SYSTEMS, INC,<br><br>  Defendant. | CASE NO. CV-13-2980<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

In consideration of Plaintiff Riverbed Technology, Inc.'s and Defendant Silver Peak Systems, Inc.'s Joint Motion to Dismiss With Prejudice all claims and counterclaims between Plaintiff Riverbed Technology and Defendant Silver Peak Systems, Inc., it is ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff Riverbed Technology and Defendant Silver Peak Systems, Inc. are hereby dismissed with prejudice.

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

CASE NO. CV-13-2980

1  It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the
2  party that incurred them.
3  SO ORDERED.

4
5  Dated: June 16, 2015

_____
JUDGE OF THE DISTRICT COURT